Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Lawrence Green

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GREEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA PRIDE, INC., dba CEDAR & ASHLAN BUGGY CLEAN, et al.<br><br>　　　　　Defendant. | No.  1:14-cv-02006-JAM-EPG<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

　　　　**WHEREAS,** Plaintiff, Lawrence Green ("Plaintiff"), seeks to amend his complaint to allege additional barriers relating to his disability which were identified at the site inspection of the subject property conducted on May 8, 2015, as permitted by Chapman v. Pier 1 Imports (U.S.), Inc., 631 F.3d 939, 944 (9th Cir. 2011), and required by Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011);

　　　　**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice Defendant, California Pride, Inc., dba Cedar & Ashlan Buggy Clean ("Defendant," and together with Plaintiff, the "Parties"), nor does the amendment in any way change the nature of the action;

//

1      **WHEREAS,** the amendment will not modify any date or deadline fixed by the Court's
2 First Amended Status (Pre-trial Scheduling) Order dated August 10, 2015 (Dkt. 19) pursuant to
3 Fed. R. Civ. P. 16(b)(4);

4      **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties,
5 through their respective attorneys of record, that Plaintiff may file a First Amended Complaint,
6 a copy of which is attached hereto as Exhibit "A."

7      **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint
8 within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's
9 response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
10 filed.

11 **IT IS SO STIPULATED**.

13 Dated:  October 23, 2015                MOORE LAW FIRM, P.C.

15                                        */s/ Tanya E. Moore*
                                          Tanya E. Moore
16                                        Attorney for Plaintiff,
                                          Lawrence Green

18 Dated: October 23, 2015                 WALTER & WILHELM LAW GROUP,
                                          a Professional Corporation

20                                        */s/ Mary Lerner*
                                          Mary Lerner
21                                        Attorneys for Defendant,
                                          California Pride, Inc.,
22                                        dba Cedar & Ashlan Buggy Clean

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated:  10/26/2015                    /s/ John A. Mendez
                                      United States District Court Judge

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER